IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALINDA FAVORS,

   Plaintiff,

     v.

PATRICK R. DONAHOE
Postmaster General; United States
Postal Service, Capital Metro Area
Agency,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-782-TWT

## ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 6]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 6] is GRANTED in part and DENIED in part.

SO ORDERED, this 18 day of January, 2013.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge

T:\ORDERS\12\Favors\r&r.wpd