IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALINDA FAVORS,

      Plaintiff,

    v.

PATRICK R. DONAHOE, Postmaster
General; United States Postal Service,
Capital Metro Area Agency,

      Defendant.

CIVIL ACTION FILE

NO. 1:12-CV-00782-TWT-GGB

## NON-FINAL REPORT AND RECOMMENDATION

This employment discrimination case is before the Court on Plaintiff Alinda Favors's motion for reconsideration (Doc. 30). Favors is asking the Court to reconsider its dismissal of her claim that the Postal Service committed age discrimination when it failed to post certain job vacancies so that all employees could bid on them. The Court dismissed that claim because Favors did not raise it in her second Equal Employment Opportunity ("EEO") proceeding. (See Doc. 18 at 9-10; Doc. 20).

In her motion for reconsideration, Favors points out that a federal employee bringing an age discrimination claim may bypass the administrative process entirely and immediately bring a civil action in federal court. See 29 U.S.C. § 633a(c)-(d); 29 C.F.R. § 1614.201(a). However, if the employee chooses to take that course, she must first provide the Equal Employment Opportunity Commission with written notice of her

intent to sue.   29 U.S.C. § 633a(d); 29 C.F.R. § 1614.201(a).  Because Favors has not

alleged that she gave such notice to the Postal Service, she has not shown that the

dismissal of her job-postings claim was clearly erroneous.

Favors's motion for reconsideration also is untimely.  Under the Local Rules, a

motion for reconsideration must be filed within 28 days of the Court's order.  LR

7.2(E), NDGa.  The District Court dismissed Favors's job-posting claim on January 18,

2013, but Favors did not file her motion for reconsideration until May 15, 2013, almost

five months later.  (See Docs. 20, 30).  Accordingly, I **RECOMMEND** that the motion

for reconsideration (Doc. 30) be **DENIED**.

IT IS SO RECOMMENDED this 8th day of July, 2013.

                     _Gerrilyn G. Brill_

                     GERRILYN G. BRILL
                     UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)