IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALINDA FAVORS,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE<br>Postmaster General; United States<br>Postal Service, Capital Metro Area<br>Agency,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-782-TWT |

ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 39] of the Magistrate Judge recommending denying the Plaintiff's Motion for Reconsideration [Doc. 30]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Reconsideration [Doc. 30] is DENIED.

SO ORDERED, this 5 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Favors\r&r2.wpd