IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALINDA FAVORS,

   Plaintiff,

     v.

PATRICK R. DONAHOE
Postmaster General; United States
Postal Service, Capital Metro Area
Agency,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-782-TWT

ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 39] of the Magistrate Judge recommending denying the Plaintiff's Motion for Reconsideration [Doc. 30]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Reconsideration [Doc. 30] is DENIED.

SO ORDERED, this 5 day of August, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\12\Favors\r&r2.wpd