IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALINDA FAVORS,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE<br>Postmaster General; United States<br>Postal Service, Capital Metro Area<br>Agency,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-782-TWT |

**ORDER**

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 67] recommending granting the Defendant's Motion for Summary Judgment [Doc. 56]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 56] is GRANTED.

T:\ORDERS\12\Favors\r&r3.wpd

SO ORDERED, this 6th day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge